JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ELIJAH JAMES MATTHEW TUANDO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. SA CV 16-01498 JVS (KESx)<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Based upon the Stipulation for Dismissal filed by the parties, IT IS HEREBY ORDERED that:

1. This action is dismissed in its entirety with prejudice; and

2. Each party shall bear their own costs, attorneys' fees and expenses.

Dated this 6th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section

 /S/ MMK_____
MARCUS M. KERNER
Assistant United States Attorney

Attorneys for Defendant